IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON SEIGER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>FORCE FACTOR, LLC,<br><br>       Defendant. | Civil Action No.: 6:18-cv-06611-MAT |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jon Seiger hereby dismisses with prejudice all claims against Defendant Force Factor, LLC.

Dated: New York, New York
    November 28, 2018

            /s/ Philip L. Fraietta
            Philip L. Fraietta

**BURSOR & FISHER, P.A.**

Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

SO ORDERED

/s/ Michael A. Telesca
MICHAEL A. TELESCA
United States District Judge

DATE 11-29-18